1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   AARON D. WEGNER  (CABN 243809)
    Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-6831
7       Fax: (415) 436-7234
        E-Mail: aaron.wegner@usdoj.gov
8
    Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,        )      No.    CR-3-11-70227-JCS
14                                    )
            Plaintiff,                )      [PROPOSED] ORDER AND
15                                    )      STIPULATION EXCLUDING TIME
        v.                            )      FROM MARCH 31, 2011, TO APRIL 21,
16                                    )      2011, FROM THE SPEEDY TRIAL ACT
    HOA NGUYEN,                       )      CALCULATION (18 U.S.C. §
17                                    )      3161(h)(8)(A)) AND WAIVING TIME
            Defendants.               )      LIMITS UNDER RULE 5.1
18                                    )
                                      )
19  _____ )

20

21          On March 9, 2011, defendant Hoa Nguyen was arraigned by Magistrate Judge Spero on

22  the above-captioned complaint.  At that time, based on the request of the parties, Magistrate

23  Judge Spero continued the preliminary hearing and the bond posting hearing until March 31,

24  2011.  The parties have now agree to continue the preliminary hearing until April 21, 2011.

25          With the agreement of the parties, and with the consent of the defendant, the Court enters

26  this order scheduling a preliminary hearing on April 21, 2011, at 9:30 a.m. before the duty

27  magistrate judge, and documenting the defendant's waiver of the preliminary hearing date

28  under Federal Rule of Civil Procedure 5.1 and the exclusion of time under the Speedy Trial Act,

18 U.S.C. § 3161(b), from March 31, 2011 to April 21, 2011.

The parties agree, and the Court finds and holds, as follows:

1. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for a preliminary hearing.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from March 31, 2011 to April 21, 2011, based upon the need for effective preparation of counsel and to provide the defendant an opportunity to review discovery. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to March 31, 2011, shall remain preserved.

3. Counsel for the defendant believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's best interest for the United States to indict the case during the normal 10-day timeline established in Rule 5.1. In addition, counsel for the defendant believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. In addition, the Court finds that the ends of justice served by excluding the period from March 31, 2011, and April 21, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing before the duty magistrate judge on April 21, 2011 at 9:30 a.m., and (2) orders that the period from March 31, 2011 to April 21, 2011, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1.

6. In addition, with the consent of the parties, the Court orders that the bond posting

///

///

///

1  hearing be rescheduled to April 21, 2011 at 9:30 a.m.

2

3  STIPULATED:

4

5  DATED: March 30, 2011                    /s/
                                            _____
6                                           DAN COGDELL
                                            Attorney for Defendant Hoa Nguyen

7

8  DATED: March 30, 2011                    /s/
                                            _____
9                                           AARON D. WEGNER
                                            Assistant United States Attorney

10 IT IS SO ORDERED.

11

12 DATED: _____03/30/11_____

13                                          HON. _____
                                            United States Magistrate Judge

14                                          Judge Joseph C. Spero

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3