1  DAN COGDELL (TSBN 04501500)
   Codgell and Adroin, LLC
2  Five Houston Center
   1401 McKinney Street, Suite 1625
3  Houston, TX 77010
   (713) 426-2244
4  dancogdell@me.com

5  MICHAEL STEPANIAN (CSBN 037712)
   Attorney at Law
6  819 Eddy Street
   San Francisco, CA 94109
7  (415) 771-6174
   mstepanian@sbcglobal.net
8  Local Counsel

9  Attorneys for Defendant
   HOA THE NGUYEN
10

11

12              UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  UNITED STATES OF AMERICA,            Case No. 11-70227-JCS

16          Plaintiff,                   STIPULATION AND
                                         ~~PROPOSED~~ ORDER
17                                       MODIFYING CONDITIONS
                                         OF PRETRIAL RELEASE
18      vs.                              _____

19  HOA THE NGUYEN,

20          Defendant.
    _____/
21

22      IT IS HEREBY STIPULATED between Dan Cogdell, attorney for Defendant Hoa

23  The Nguyen, and Assistant United States Attorney Randall Luskey, that the conditions of

24  Defendant's Pre-Trial Release shall be modified as follows:

25
        By agreement of the parties, Defendant Hoa The Nguyen will be allowed to travel
26
27  throughout the State of California with the prior approval of the Office of Pretrial Services.

28  Jill Stratton from the Office of Pretrial Services in the Central District of California has no

objection to this modification of the bond.

Additionally, the government has no objection to deleting the portion of Mr. Nguyen's bond that prevents him from working in a gambling establishment.

All other conditions of Mr. Nguyen's pretrial release conditions are to remain in effect.

Dated: November 1, 2011

**/s/Dan Cogdell**
**DAN COGDELL**
**Attorney for Defendant**
**Hoa The Nguyen**

Dated: November 1, 2011

**/s/Randall Luskey**
**RANDALL LUSKEY**
**Assistant United States Attorney**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

Dated: 11/2/11

JOSEPH C. SPERO
United States Magistrate Judge